KAREN A. GRIMES *v.* CONSERVATION COMMISSION
OF THE TOWN OF LITCHFIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 95 (AC 14698), is denied.

*William C. Franklin,* in support of the petition.

*Kenneth R. Slater, Jr.,* and *Gail E. McTaggart,* in opposition.

Decided September 15, 1998

STATE OF CONNECTICUT *v.* KENNETH HENRY

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 41 (AC 15876), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Richard L. Grant,* in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.